# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NKW PORTFOLIO V LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-6633 |
| ) | |
| GREAT LAKES INSURANCE SE and ) | Honorable LaShonda A. Hunt |
| COMMERCIAL INSURANCE GROUP, ) | |
| LLC dba BIGFOOT INSURANCE ) | Honorable Jeffrey T. Gilbert |
| ) | Magistrate Judge |
| Defendant. ) | |

## AGREED STIPULATION OF DISMISSAL OF DEFENDANT COMMERCIAL INSURANCE GROUP LLC dba BIGFOOT INSURANCE

Plaintiff agrees to dismiss defendant, COMMERCIAL INSURANCE GROUP, LLC dba BIGFOOT INSURANCE, in this action without costs or attorney fees to any Party.

Dated: August 21, 2024.

          NKW PORTFOLIO V LLC,

          By: */s/ Greta Lloyd*
          One of their attorneys
          Greta Lloyd
          **Hair Shunnarah Trail Attorneys,**
          **LLC d/b/a Insurance Claim HQ d/b/a**
          **Insurance Claim Lawyers, Inc.**
          3001 17th Street
          Metairie, LA 70002
          Phone: (504) 684-5200
          Fax: (504) 613-6351
          glloyd@hstalaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided to the following via e-mail on this 21st day of August, 2024:

Neal R. Novak, Attorney No.: 6181620
Colleen M. Costello, Attorney No.: 6274745
Weber Gallagher Simpson Stapleton Fires & Newby LLP
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
nnovak@wglaw.com
ccostello@wglaw.com

               **/s/ Brittney Harris**
               Brittney Harris