IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NKW PORTFOLIO V LLC | ) | |
| | ) | Case No: 1:24-cv-6633 |
| *Plaintiff,* | ) | |
| v. | ) | Honorable LaShonda A. Hunt |
| | ) | |
| GREAT LAKES INSURANCE SE | ) | Honorable Jeffrey T. Gilbert |
| | ) | Magistrate Judge |
| *Defendant.* | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL

The Court having been advised by the parties that the above action has been settled.

IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice and without costs.

DATE: November 25, 2024

| | |
|---|---|
| NKW PORTFOLIO V LLC | GREAT LAKES INSURANCE SE |
| | |
| By: *Greta Lloyd* | By: *Colleen M. Costello* |
| One of Its Attorneys | One of Its Attorneys |
| Greta Lloyd, #6308513 | Neal R. Novak, #6181620 |
| Hair Shunnarah Trial Attorneys | Colleen M. Costello, #6274745 |
| 3001 17th Street | Weber Gallagher Simpson Stapleton |
| Metairie, LA 70002 | Fires & Newby LLP |
| glloyd@hstalaw.com | 33 N. LaSalle Street, Suite 1900 |
| (504) 684-5200 | Chicago, IL 60602 |
| | nnovak@wglaw.com |
| | ccostello@wglaw.com |
| | (312) 425-2500 |

..........................................................., 2024
ENTER:
..................................................................
Judge